# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 22-3076** **September Term, 2024**

**1:21-cr-00567-RCL-2**

**Filed On: November 19, 2024** [2085633]

United States of America,

Appellee

v.

Charles Bradford Smith, also known as Brad Smith,

Appellant

## ORDER

Upon consideration of appellant's unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | February 18, 2025 |
| Appendix | February 18, 2025 |
| Appellee's Brief | March 20, 2025 |
| Appellant's Reply Brief | April 10, 2025 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Catherine J. Lavender
Deputy Clerk